UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 35249
  STACY MARIE WHITE
                                        CHAPTER 13

                                        JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-5977
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/22/04 and confirmed on 01/07/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 9910.20 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 717.64 | .00 | 717.64 |
| CITY OF CHICAGO | UNSECURED | 180.00 | .00 | 180.00 |
| COMPREHENSIVE ACCOUNTING | UNSECURED | NOT FILED | .00 | .00 |
| JAMES JUSTEN | UNSECURED | 422.47 | .00 | 422.47 |
| DEARHAVEN DAY CARE | UNSECURED | NOT FILED | .00 | .00 |
| AUTOVEST LLC | UNSECURED | 1000.00 | .00 | 1000.00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | NOT FILED | .00 | .00 |
| MATTHEW KAPLAN | UNSECURED | NOT FILED | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED - C | 2900.68 | .00 | 2900.68 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1396.23 | .00 | 1396.23 |
| VISTA MEDICAL CENTER WES | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GURNEE WOODS APTS | SPECIAL CLASS | NOT FILED | .00 | .00 |
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 3716.34 | 2900.68 | 6617.02 |
| PRINCIPAL PAID | .00 | .00 | 3716.34 | 2900.68 | 6617.02 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 3716.34 | 2900.68 | 6617.02 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $ 2700.00 and was paid $   2700.00 .

The Trustee received $     376.38 .

Refunds to the Debtor totaled $    216.80 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE